NUMBER
13-02-102-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

________________________________________________________________

 

PEOPLE=S B.H.W., INC. AND FRANK R. BOCHICCHIO,            Appellants,

 

                                                   v.

 

KIMBERLY L. ERWIN, ET AL.,                                                Appellees.

________________________________________________________________

 

                         On
appeal from the 28th District Court 

                                  of Nueces County, Texas

________________________________________________________________

 

                                   O
P I N I O N

 

                    Before
Justices Yañez, Rodriguez, and Castillo

                                       Opinion
Per Curiam

 








Appellants, PEOPLE=S B.H.W., INC. AND FRANK R. BOCHICCHIO, attempted to perfect
an appeal from an order of dismissal entered by the 28th
District Court of Nueces County, Texas, in cause number 99-2444-A.  The order of
dismissal in this cause was signed on August 16, 2001.  A timely motion for reconsideration was filed
on August 27, 2001.  Pursuant to Tex. R.
App. P. 26.1, appellants= notice of appeal was due on November
14, 2001, but was not filed until December 31, 2001.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  Appellants= response to this
Court=s notice was received
on March 7, 2002.

The Court, having examined and fully considered the documents on file,
appellants= failure to timely
perfect their appeal, and appellants= response to this
Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 16th
day of May, 2002.